UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　　　　CASE NO: 0:19-CV-62970

　　　　　　Plaintiff,

v.

IRENE ANNUNZIATA

　　　　　　Defendant,
_____/

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, United States of America, by and through its undersigned counsel, and moves this Court for an entry of summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure in Plaintiff's favor for the relief demanded in the Complaint on the grounds that there is no genuine issue as to any material fact and that Plaintiff is entitled to judgment in its favor as a matter of law.

In the alternative, Plaintiff moves this Court to grant partial summary judgment on the facts that are not in dispute and are incontrovertible and to enter an Order specifying such facts and deeming them established for all purposes in this action.

WHEREFORE, the Plaintiff, United States of America, hereby respectfully moves this Court to grant Plaintiff summary judgment together with principal, interest, court costs and all other relief the Court deems just and proper.

Dated: March 30th, 2020

Respectfully submitted,

BECKER & POLIAKOFF, P.A.
*Counsel for Plaintiff*
121 Alhambra Plaza, Suite 10
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Sdavis@beckerlawyers.com

By: _____
　　Steven M. Davis, Esq.
　　Florida Bar No. 894249

13510223v.1 U06092/399051

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served by CM/ECF or the respective mailing address on this 30th day of March, 2020 to all counsel or parties of record on the Service List Below.

_____
Steven M. Davis, Esq.

**Service List:**
Barbara Clara Leon, Esq.
Via Email: barbara@christiearkovich.com

ACTIVE: U06092/396138:12493048_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 0:19-CV-62970-RKA

      Plaintiff,

v.

IRENE ANNUNZIATA
      Defendant,
_____/

## **FINAL JUDGMENT**

This matter having come before the Court upon Plaintiff's Motion for Summary Judgment, it is

ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, Irene Annunziata, upon the Complaint herein, and it is further,

ORDERED AND ADJUDGED that Plaintiff recover of the Defendant the sum of $ 62,039.97 in unpaid principal, plus the amount of $ 92,410.42 in interest accrued through March 10, 2020, in accordance with the supporting documentation, Exhibit "A" and Exhibit "C" to Plaintiff's Motion for Summary Judgment, plus interest at the variable rate of $14.01 per day on the unpaid principal to the date of this judgment for the total sum of $154,450.39 , pursuant to the terms of the promissory note executed by the Defendant, for which let execution issue and it is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. Sec 1961, Federal Rules of Civil Procedure.

DONE AND ORDERED in chambers in Miami, Florida, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

*Copies furnished to:*
Steven M. Davis, Esq.(Two Certified Copies)
Barbara Clara Leon, Esq.

13520287v.1 U06092/399051